Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletree.com
Kathryn C. Newman
Nevada Bar No. 13733
kathryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Sunrise Hospital and Medical Center, LLC and HCA Management Services, L.P.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOANN YEARWOOD, an individual,<br><br>                     Plaintiff,<br>vs.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a Delaware limited liability company, HCA MANAGEMENT SERVICES, L.P., a Delaware Limited Partnership<br><br>                     Defendants. | Case No.: 2:25-cv-01318-JCM-NJK<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff Joann Yearwood ("Plaintiff") and Defendants Sunrise Hospital and Medical Center, LLC and HCA Management Services, L.P., by and through their respective attorneys of record, hereby submit this proposed Stipulation and Order to extend the response deadline for Defendants Sunrise Hospital and Medical Center, LLC and HCA Management Services, L.P. to respond to Plaintiff's Complaint from August 15, 2025 until August 29, 2025.

The Stipulation is entered into for the following reasons:

1.     Defendants have recently retained Ogletree Deakins to represent them in this matter.

2.  Additional time is needed in order to investigate Plaintiff's claims and prepare a response to the Complaint.

3.  Plaintiff has no objection to the request for a continuance.

8.  This is the first request for a continuance. It is not sought for purposes of delay, but rather to efficiently manage the resources of the parties and the Court.

## CONCLUSION

For the foregoing reasons, Plaintiff Joann Yearwood ("Plaintiff") and Defendants Sunrise Hospital and Medical Center, LLC and HCA Management Services, L.P., respectfully request that the time for Defendants to respond to Plaintiff's Complaint be continued to August 29, 2025.

DATED this 14th day of August, 2025.    DATED this 14th day of August, 2025.

GREENBERG GROSS LLP                      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Michael A. Burnette                  /s/ Kathryn C. Newman

Michael A. Burnette                      Anthony L. Martin
Nevada Bar No. 16210                     Nevada Bar No. 8177
1980 Festival Plaza Drive, Suite 730     Kathryn C. Newman
Las Vegas, NV 89135                      Nevada Bar No. 13733
*Attorneys for Plaintiff,*               10801 W. Charleston Blvd., Suite 500
*Joann Yearwood*                         Las Vegas, NV 89135
                                         *Attorneys for Defendant, Sunrise Hospital and Medical Center, LLC and HCA Management Services, L.P.*
                                         .

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

August 15, 2025
_____
DATED

90679721.v1-OGLETREE