JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
  *JDunn@GGTrialLaw.com*
  *MHale@GGTrialLaw.com*
  *MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Joann Yearwood*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JOANN YEARWOOD, an individual, | Case No.: 2:25-cv-01318-JCM-NJK |
| Plaintiff, | **STIPULATION AND               ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a Delaware limited liability company; HCA MANAGEMENT SERVICES, L.P., a Delaware Limited Partnership, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Joann Yearwood, by and through her counsel of record, Greenberg Gross LLP, and Defendants Sunrise Hospital and Medical Center, LLC and HCA Management Services, L.P., by and through their counsel of record, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby stipulate and agree as follows:

-1-

STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION
TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

1.  Defendants filed their Motions for Summary Judgment on May 1, 2026. [ECF Nos. 31, 32.]

2.  Plaintiff's oppositions to the Motions for Summary Judgment are currently due on or before May 22, 2026.

3.  The parties have conferred and agree to grant Plaintiff a brief extension of seven days to file her oppositions to Defendants' Motions for Summary Judgment.

4.  This is the first request for an extension of this deadline.

5.  This stipulation is made in good faith and not for purposes of undue delay.

IT IS HEREBY STIPULATED AND AGREED that Plaintiff's deadline to file her opposition to Defendants' Motions for Summary Judgment is extended to and including May 29, 2026

Dated this 20th day of May, 2026.

/s/ Michael A. Burnette
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

/s/ Kathryn C. Newman
ANTHONY L. MARTIN
Nevada Bar No. 8177
KATHRYN C. NEWMAN
Nevada Bar No. 13733
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, Nevada 89135
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  May 27, 2026

-2-

STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT