Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletree.com
Kathryn C. Newman
Nevada Bar No. 13733
kathryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants Sunrise Hospital and
Medical Center, LLC and HCA Management Services,
L.P.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOANN YEARWOOD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a Delaware limited liability company, HCA MANAGEMENT SERVICES, L.P., a Delaware Limited Partnership<br><br>Defendants. | Case No.:  2:25-cv-01318-JCM-NJK<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR DEFENDANT SUNRISE HOSPITAL AND MEDICAL CENTER, LLC TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (ECF NO. 31]**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff Joann Yearwood ("Plaintiff") and Defendant Sunrise Hospital and Medical Center, LLC ("Defendant Sunrise Hospital"), by and through their respective attorneys of record, hereby submit this proposed Stipulation and Order to extend the deadline for Defendant Sunrise Hospital to file its Reply in Support of its Motion for Summary Judgment (ECF No. 31) from June 12, 2026 to June 19, 2026.

The Stipulation is entered into for the following reasons:

1.      On May 1, 2026, Defendant Sunrise Hospital and Defendant HCA Management Services, L.P. filed independent Motions for Summary Judgment. (ECF Nos. 31, 33).  Defendant

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

HCA Management Services then filed a joinder to Defendant Sunrise Hospital's motion for summary judgment. (ECF No. 32.)

2.      On May 21, 2026, the parties filed a stipulation to extend the time within which Plaintiff could respond to the motions. (ECF No. 34.) The stipulation did not request additional time for the reply brief. The Court granted that stipulation and entered an order extending the deadline on May 28, 2026. (ECF No. 35.)

3.      On May 29, 2026, Plaintiff filed her response to Sunrise Hospital's motion for summary judgment. (ECF No. 36.). On May 30, 2026, Plaintiff filed a non-opposition to Defendant HCA Management's motion for summary judgment. (ECF No. 37.).

4.      Defendant Sunrise Hospital's reply in support of its motion is currently due on or before June 12, 2026.

5.      The parties have conferred and agree to grant Defendant Sunrise Hospital a brief extension of seven days to file its reply in support of its Motion for Summary Judgment.

6.      This is the first request for an extension of this deadline.

7.      This stipulation is made in good faith and not for purposes of undue delay.

///

///

///

///

///

///

**CONCLUSION**

For the foregoing reasons, Plaintiff Joann Yearwood ("Plaintiff") and Defendant Sunrise Hospital and Medical Center, LLC respectfully request that the time for Defendant to file its Reply in Support of its Motion for Summary Judgment be continued to June 19, 2026.

DATED this 10th day of June, 2025.

GREENBERG GROSS LLP

/s/ Michael A. Burnette

Michael A. Burnette
Nevada Bar No. 16210
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135
*Attorneys for Plaintiff,*
*Joann Yearwood*

DATED this 10th day of June, 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Kathryn C. Newman

Anthony L. Martin
Nevada Bar No. 8177
Kathryn C. Newman
Nevada Bar No. 13733
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
*Attorneys for Defendant, Sunrise Hospital and Medical Center, LLC and HCA Management Services, L.P.*
.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

June 15, 2026
_____
DATED

90679721.v1-OGLETREE

- 3 -